UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FREDERICK BARROW (#358142)

VERSUS

DARYL VANNOY, ET AL.

CIVIL ACTION

NO. 18-442-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 1, 2019, to which oppositions were filed and considered (Docs. 99 and 101);

**IT IS ORDERED** that the defendants' Motion for Judgment on the Pleadings (R. Doc. 74) is granted, dismissing the plaintiff's claims against defendants Vannoy and Smith, with prejudice.

**IT IS FURTHER ORDERED** this matter is referred back to the magistrate judge for further proceedings.

Signed in Baton Rouge, Louisiana, on May 14, 2019.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA