# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**FREDERICK BARROW (#358142)**

**VERSUS**

**DARYL VANNOY, ET AL.**

**CIVIL ACTION**

**NO. 18-442-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 20, 2019, to which an objection was filed, (Doc. 110);

**IT IS ORDERED** that Defendants Lt. Tillery, Maj. Hooker, Lt. Allen, John Doe 1 and John Doe 2 are dismissed, without prejudice, for failure to timely effect service upon them.

**IT IS FURTHER ORDERED** that the defendants' Motion to Dismiss (Doc. 89) is granted, dismissing the plaintiff's claims against defendants Reams and Roe, with prejudice.

**IT IS FURTHER ORDERED** that the Plaintiff's Motion for Summary Judgment (Doc. 88) is denied. The Court declines to exercise of supplemental jurisdiction over the plaintiff's potential state law claims, and this matter is dismissed.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>July 1, 2019</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**